**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| v. | : | **Case No.:**     **1:24-cr-459 (JMC)** |
| | : | |
| | : | |
| **RICHARD GUTOWSKI,** and | : | |
| **JOHN CARL,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

Pursuant to the motion filed by the United States, ECF 36, it is hereby ordered that the

Motion to Dismiss the Information/Indictment pursuant to Rule 48(a) with prejudice is

GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE JIA M. COBB
United States District Court Judge